**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hans G. Higgins, | ) | |
| Petitioner, | ) | CV 07-2234-PHX-PGR (MEA) |
| v. | ) | **ORDER** |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Aspey and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 23)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DENIED** and **DISMISSED** without prejudice.

DATED this 21st day of October, 2008.

Paul G. Rosenblatt
United States District Judge